# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>The premises at 282 N Emily Court, High Point, North Carolina | )<br>)<br>) Case No. 1:23MJ396-1<br>)<br>)<br>) |

**FILED NOV 27 2023** — IN THE OFFICE Clerk U.S. District Court Greensboro By ___

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Middle     District of     North Carolina
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-4.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    October 9, 2023    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Joe L. Webster
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for ___ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of ___.

Date and time issued:    09/25/2023 1:26 pm       _____
                                                                  *Judge's signature*

City and state:    Durham, North Carolina       Hon. Joe L. Webster, United States Magistrate Judge
                                                                              *Printed name and title*

# Return

| Case No.: 1:23MJ396-1 | Date and time warrant executed: October 4, 2023, 10:43AM | Copy of warrant and inventory left with: Jason Nikouyeh |
|---|---|---|

Inventory made in the presence of: Jason Nikouyeh

Inventory of the property taken and name(s) of any person(s) seized:

See attached FD-597

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/25/2023

_Executing officer's signature_

Samantha Dubose, Special Agent
_Printed name and title_

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 209A-CE-3729502

On (date): 10/4/23

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name): Jason Nikouyeh
(Street Address): 282 N. Emily Ct
(City): High Point, N.C.

Description of Item(s):
1. Blue Apple iPhone
2. Microsoft Laptop
3. Seagate Portable Hard Drive
4. Documents - possible attorney/client
5. Documents - possible attorney/client
6. Payroll + Tax documents
7. OHS Client receipts
8. Employee time cards and bank records
9. Ledgers, OHS documents
10. Easystore HD
11. Invoices + Check stubs
12. Patient information
13. ThinkPad Laptop
14. Financial + patient documents
15. Financial + business documents          80 C
16. Doc Depot invoices, personal taxes  18. Image of Proton emails (508)
17. Lenovo ThinkPad XI Laptop + SanDisk thumbdrive attached to computer
                    nothing to follow                         80
                                                               C

Received By: (Signature) Samantha Ouba
Printed Name/Title: Samantha Ouba, Special Agent

Received From: (Signature)
Printed Name/Title: Jason Nikouyeh